UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FRANCISCO NEVAREZ, | No. C 10-2479 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUZANNE HUBBARD, | |
| Respondent. | |

This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 20, 2010

SUSAN ILLSTON
United States District Judge